1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| PROJECT THUNDER SHAREHOLDER LIQUIDATING TRUST, in its capacity as shareholder representative,<br><br>        Plaintiff,<br><br>        v.<br><br>TNS, INC., a Delaware corporation, CEQUINT, INC., a Washington corporation, TRIDENT PRIVATE HOLDINGS I, LLC, a Delaware limited liability company, TRIDENT PRIVATE ACQUISITION CORP., a Delaware Corporation, and SIRIS CAPITAL GROUP, LLC, a New York limited liability company,<br><br>        Defendants. | Case No.: 2:13-cv-2300<br><br>**PRAECIPE TO ATTACH DOCUMENT** |

TO:   CLERK OF THE COURT

On December 23, 2013, the undersigned filed Notice of Removal (Dkt. 1). At the time of filing, the undersigned did not attach the Complaint from the action filed in the Superior Court of the State of Washington in and for the County of King (Cause No. 13-2-39841-9 SEA). The undersigned hereby files this Praecipe to attach the Complaint and requests that the Clerk to add it to the record.

//
//

NOTICE OF REMOVAL - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1  DATED this 24th day of December, 2013.

COZEN O'CONNOR

By:   */s/ William F. Knowles*
    William F. Knowles, WSBA No. 17212
    COZEN O'CONNOR
    1201 Third Avenue, Suite 5200
    Seattle, Washington 98101
    Telephone: 206.340.1000
    Toll Free Phone: 1.800.423.1950
    Facsimile: 206.621.8783
    Email: wknowles@cozen.com

    John B. Williams (*pro hac vice* motion to be filed)
    Ronald F. Wick (*pro hac vice* motion to be filed)
    COZEN O'CONNOR
    The Army and Navy Club Building
    1627 I Street, NW, Suite 1100
    Washington, D.C. 20006-4007
    Telephone: 202.912.4800
    Toll Free Phone: 1.800.540.1355
    Facsimile: 202.861.1905

    Attorneys for Defendants TNS, Inc. and Cequint, Inc.

NOTICE OF REMOVAL - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Du Wors, Esq.   (duwors@newmanlaw.com, charlotte@newmanlaw.com, docketing@newmanlaw.com, keith@newmanlaw.com, linke@newmanlaw.com, sarah@newmanlaw.com)

I further hereby certify that on December 24, 2013, I served a copy of the foregoing document via first-class mail, postage prepaid, on:

John Du Wors, Esq.
Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, Washington 98101

DATED this 24th day of December, 2013.

COZEN O'CONNOR

By:   */s/ Bonnie L. Enera*
Bonnie L. Enera, Legal Assistant
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, Washington 98101
Telephone: 206.340.1000
Toll Free Phone: 1.800.423.1950
Facsimile: 206.621.8783

LEGAL\17935675\1 16417.0001.000/331622.000

NOTICE OF REMOVAL - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000